Russell L. Lichtenstein, Esquire (4996)
COOPER LEVENSON, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
P: (609) 344-3161
F: (609) 344-0939
rlichtenstein@cooperlevenson.com
File No. 57191.00048
Attorneys for Defendant, Caesars License Company, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ALBERTO HERNANDEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>CAESARS LICENSE COMPANY, LLC, entity d/b/a, HARRAH'S RESORT ATLANTIC CITY,<br><br>        Defendant. | CIVIL ACTION NO.<br><br>1:19-cv-06090-RBK/KMW<br><br>**MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO F.R.C.P. 12(b)(1) FOR LACK OF ARTICLE III STANDING/SUBJECT MATTER JURISDICTION AND F.R.C.P. 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |

**TO:**  **Stamatios Stamoulis, Esquire**
**Stamoulis & Weinblatt LLC**
**800 N. West Street, Third Floor**
**Wilmington, DE 19801**
stamoulis@swdelaw.com

**PLEASE TAKE NOTICE** that the undersigned will apply to the above named Court, at the United States District Court, Mitchell H. Cohen Courthouse, One John F. Gerry Plaza, 4th & Cooper Streets Camden, New Jersey, on June 17, 2019, for an Order dismissing Plaintiff's

Complaint pursuant to F.R.C.P. 12(b)(1) for lack of Article III standing/subject matter jurisdiction and F.R.C.P. 12(b)(6) for failure to state a claim upon which relief can be granted.

Reliance will be placed upon the Brief in Support of the Motion.

A Proposed Form of Order is attached.

The undersigned requests oral argument if opposition is timely filed.

                          COOPER LEVENSON, P.A.

By: _____
     Russell L. Lichtenstein
     Attorneys for Defendant, Caesars License Company, LLC

Dated: May 22, 2019

CLAC 4970395.1